UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Priscilla J. Brown ) | Case No. 1:09CV300 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| Commissioner of Social Security, ) | |
| ) | Judge Christopher A. Boyko |
| Defendant. ) | |
| ) | |

On February 9, 2009, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge James S. Gallas pursuant to Local Rule 72.2.  On October 22, 2009, the Magistrate Judge recommended that the Commissioner's decision denying disability insurance benefits be reversed and remanded under the fourth sentence of 42 U.S.C. §405(g) for reconsideration of the medical opinions of Drs. Haar, Schonberg, Steiger, and Umana and the Vocational Expert's testimony related thereto. (Dkt. #17).

Defendant's Response indicates they will not be filing objections to the Report and Recommended Decision.(Dkt.#18)  Plaintiff has also indicated by telephone they do not object to the recommendation. Therefore, Magistrate Judge Gallas' Report and Recommendation is hereby **ADOPTED** and the Commissioner's decision is reversed and this case is remanded for reconsideration of the medical opinions and testimony.

IT IS SO ORDERED.

Dated:10/28/2009

 *S/Christopher A. Boyko*
 CHRISTOPHER A. BOYKO
 UNITED STATES DISTRICT JUDGE